**DWIGHT M. SAMUEL (CA BAR# 054486)**
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Oscar Sananta

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:04-cr-00389-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ADAN AYALA, et al., ) | |
| Defendant. ) | |

Defendants, through their respective counsel, and the United States of America, through Assistant U.S. Attorney Phil Talbert, agree that Status Conference on March 6, 2007 be continued to March 13, 2007 at 9:00 am.

///
///
///
///
///
///
///
///

1

1  In addition it is agreed that the court should find excludable time from the date of the
2  filing of the motion to the date of courts ruling pursuant to local rule T-4.
3  Respectfully submitted,

6  DATED: March 2, 2007                    /s/_____
                                            DWIGHT M. SAMUEL
7                                           Attorney for Defendant
                                            Oscar Santana

10 DATED: March 2, 2007                    /s/_____
                                            STEVE BAUER
11                                          Attorney for Defendant
                                            Adan Ayala, Jr
12                                          (Signed per Telephonic authorization)

14 DATED: March 2, 2007                    /s/_____
                                            DINA SANTOS
                                            Attorney for Defendant
15                                          Randall Gath
                                            (Signed per Telephonic authorization)

17 DATED: March 2, 2007                    /s/_____
                                            FRED DAWSON
18                                          Attorney for Defendant
                                            Maria Hernandez
19                                          (Signed per Telephonic authorization)

21 DATED: March 2, 2007
                                            /s/_____
22                                          PHIL TALBERT
                                            Assistant United States Attorney
23                                          (Signed per Telephonic authorization)

ORDER

IT IS SO ORDERED. The Status Conference of March 6, 2007 is continued to March 13, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.

Dated: March 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE