**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ADAN AYALA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 2:04-cr-00389-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER THEREON** |
| **ADAN AYALA**, ) | (Continuing Status to 5/1/07) |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for April 24, 2007 may be continued to May 1, 2007 at 10:00 a.m. This continuance is requested because additional time is needed for the parties to finalize settlement discussions and to accommodate counsel's schedules. This request is made on behalf of all remaining clients and their counsel who have authorized the signing on their behalf.

///
///
///
///

1   In light of the foregoing, additional time will be required in order for the defense
2 to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

3

4 Dated: April 13, 2007                                             Dated: April 13, 2007
5 / s / Philip Talbert                                                  / s / Steven D. Bauer
6 **PHILLIP TALBERT**                                        **STEVEN D. BAUER**
Assistant United States Attorney                        Attorney for Defendant
7

8

9 For Good Cause Appearing
10 **IT IS SO ORDERED**
11   The status conference presently scheduled for April 24, 2007 is vacated and reset
12 for May 1, 2007 at 8:30 a.m.

13  **Dated:  April 16, 2007**

14
15                                                                         _____
                                                                            **MORRISON C. ENGLAND, JR.**
16                                                                         **UNITED STATES DISTRICT JUDGE**