1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Randall Gath
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:04-cr-00389-MCE
                                  )
12          Plaintiff,            )
                                  ) STIPULATION AND ORDER VACATING
13    v.                          ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
14 RANDALL GATH,                  )
            Defendant.            )
15                                ) Date   May 17, 2007
   _____) Time:  9:00 a.m.
16                                ) Judge: England

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Phillip Talbert, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant Randall Gath, Attorney Steve Bauer for

21 Defendant Adan Ayala, Jr., Attorney Dwight Samuel for Defendant Oscar

22 Santana, and Attorney Fred Dawson for Defendant Maria Hernandez, that

23 the status conference scheduled for May 1, 2007, be vacated and the

24 matter be continued to this Court's criminal calendar on May 17, 2007,

25 at 9:00 a.m.

26     This continuance is requested by the defense in order to permit

27 counsel to conduct investigation and continue in negotiations with the

28 prosecution in attempt to finalize a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 17, 2007 date, and that Mr. Talbert and all defense counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: April 30, 2007        /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Randall Gath

Dated: April 30, 2007        /S/ Steve Bauer
                             STEVE BAUER
                             Attorney for
                             ADAN AYALA

Dated: April 30, 2007        /S/ Dwight Samuel
                             DWIGHT SAMUEL
                             Attorney for
                             OSCAR SANTANA

Dated: April 30, 2007        /S/ Fred Dawson
                             FRED DAWSON
                             Attorney for
                             MARIA HERNANDEZ

Dated: April 30, 2007        /S/ Phillip Talbert
                             PHILLIP TALBERT
                             Assistant United States Attorney
                             Attorney for Plaintiff

2

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE