**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ADAN AYALA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ADAN AYALA**, ) <br> ) <br> Defendant, ) <br> ) | 2:04-cr-00389-MCE <br><br> (Amended) <br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Status to 5/31/07) |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for May 17, 2007 may be continued to May 31, 2007 at 10;00 a.m. This continuance is requested because additional time is needed for the parties to finalize settlement discussions and to accommodate counsel's schedules. This request is made on behalf of all remaining defendants, except Oscar Santana. All other counsel have authorized the signing of this stipulation on their behalf.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated:  May 16, 2007                                       Dated:  May 16, 2007

/ s / Philip Talbert                                              / s / Steven D. Bauer

**PHILLIP TALBERT**                                      **STEVEN D. BAUER**
Assistant United States Attorney                  Attorney for Defendant

(Additional Signatures and Order on Following Page)

1  Dated:  May 16, 2007                                              Dated:  May 16, 2007

2

3  / s / Dina L. Santos                                              / s / Fred Dawson
   **DINA L. SANTOS**                                              **FRED DAWSON**
4

5  For Good Cause Appearing **IT IS SO ORDERED.**

6

7  Dated:  May 16, 2007

8  _____
   MORRISON C. ENGLAND, JR.
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28