1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **ADAN AYALA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-00389-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER THEREON** |
| **ADAN AYALA**, | ) (Continuing Status to 6/7/07) |
| Defendant, | ) |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for May 31, 2007 may be continued to June 7, 2007 at 9;00 a.m. This continuance is requested because additional time is needed for the parties to finalize settlement discussions and to allow for the review of proposed plea agreements.  This request is made on behalf of defendants Ayala and Hernandez.     In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated:  May 30, 2007                                    Dated:   May 30, 2007

/ s / Philip Talbert                                         / s / Steven D. Bauer

**PHILLIP TALBERT**                                **STEVEN D. BAUER**
Assistant United States Attorney              Attorney for Defendant

(Additional Signatures and Order on Following Page)

1  Dated:   May 30, 2007

2

3  / s / Fred Dawson
   **FRED DAWSON**

4

5  For Good Cause Appearing
   **IT IS SO ORDERED.\**

6

7  **Dated:  May 30, 2007**

8  _____
   **MORRISON C. ENGLAND, JR.**
9  **UNITED STATES DISTRICT JUDGE**