**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ADAN AYALA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAN AYALA,<br><br>        Defendant, | No. 2:04-cr-00389-MCE<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to 11/15/07) |

It is hereby stipulated between counsel for the government and the defendants that the sentencing for both defendants presently scheduled for October 11, 2007, 2007 may be continued to November 15, 2007 at 9;00 a.m. This continuance is requested because additional time is needed for the completion of the pre-sentence report and to facilitate one of the defendant's obligations under the terms of the plea agreement.. This request is made on behalf of defendants Ayala and Hernandez. The defendants having already pled there are no issues of excludable time.

| | |
|---|---|
| Dated:  October 4, 2007 | Dated:   October 4, 2007 |
| / s / Philip Talbert | / s / Steven D. Bauer |
| **PHILLIP TALBERT**<br>Assistant United States Attorney | **STEVEN D. BAUER**<br>Attorney for Defendant |

(Additional Signatures and Order on Following Page)

1 | Dated:   October 4, 2007

3 | / s / Fred Dawson
**FRED DAWSON**

5 | For Good Cause Appearing
**IT IS SO ORDERED**

7 | Dated:  October 12, 2007

```
                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
```