**FILED**

NOV 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2789

5

6

7           IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,   ) No. CR-S-04-0389-MCE
                                )
11              Plaintiff,      )
                                )
12      v.                      ) SEALING ORDER
                                )
13  ADAN AYALA, JR.,            )
                                )
14              Defendant.      )
                                )
15  _____  )

16

17     Upon Application of the United States of America and good

18  cause having been shown;

19     IT IS HEREBY ORDERED that the attached document entered herein

20  and any associated material is hereby SEALED until further order

21  of this Court.

22  DATED: November 15, 2007

23
                        _____
24
                        MORRISON C. ENGLAND, JR.
25                      United States District Judge

26

27

28