1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00389-MCE |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE RE PERSONAL PROPERTY OF |
| v. | ) | MACLOVIO ACOSTA AND ADAN AYALA, JR. |
| MACLOVIO ACOSTA, and ADAN AYALA, JR. | ) | |
| Defendants. | ) | |

WHEREAS, on September 29, 2006, this Court entered a Preliminary Order of Forfeiture and Publication Thereof Re Personal Property of Maclovio Acosta pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Maclovio Acosta forfeiting to the United States the following property:

       a.  1996 GMC Yukon, VIN: 3GKEC18R9TG520014, License Number 3TJZ621.

///

///

///

1

1    AND WHEREAS, on September 10, 2007, this Court entered a
2 Preliminary Order of Forfeiture and Publication Thereof Re
3 Personal Property of Adan Ayala, Jr. pursuant to the provisions
4 of 21 U.S.C. § 853, based upon the plea agreement entered into
5 between plaintiff and defendant Adan Ayala, Jr. forfeiting to the
6 United States the following property:

7    a.   1996 GMC Yukon, VIN: 3GKEC18R9TG520014, License
         Number 3TJZ621.
8

9    AND WHEREAS, on October 18, 25, and November 1, 2006, the
10 United States published notice of the Court's Preliminary Order
11 of Forfeiture Re Personal Property of Maclovio Acosta in the
12 <u>Appeal Democrat</u> (Yuba/Sutter County), a newspaper of general
13 circulation located in the county in which the subject property
14 was seized.

15    AND WHEREAS, on October 30, November 6 and 13, 2007, the
16 United States published notice of the Court's Preliminary Order
17 of Forfeiture Re Personal Property of Adan Ayala, Jr. in the
18 <u>Appeal Democrat</u> (Yuba/Sutter County), a newspaper of general
19 circulation located in the county in which the subject property
20 was seized.  Said published notices advised all third parties of
21 their right to petition the court within thirty (30) days of the
22 publication date for a hearing to adjudicate the validity of
23 their alleged legal interest in the forfeited property;

24    AND WHEREAS, the Court has been advised that the United
25 States of America provided direct written notice to the following
26 person(s) or entities known to have an interest in the above-
27 described property: Auto Finders.
28 ///

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendants Maclovio Acosta and Adan Ayala, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: January 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE